UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NO. 3:17-cr-00122 |
| v. | ) | CHIEF JUDGE CRENSHAW |
| | ) | |
| MARTIN NAJERA-GONZALEZ, | ) | |
| Defendant. | ) | |

# ORDER

Pending before the Court is the Government's Motion to Dismiss (Doc. No. 41) the one-count Indictment against defendant because the allegations against the defendant encompass the same behavior charged in a Criminal Complaint in the Eastern District of Oklahoma.

The motion is **GRANTED,** and the Indictment is hereby **DISMISSED.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE